UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEORGE ANDREW BRATTON, )
an Individual; and THE ESTATE OF )
GEENA GEE BRATTON (Decedent), )
)
          Plaintiffs, )
)
v. ) **JUDGMENT**
)
STATE OF NORTH CAROLINA, an ) No. 5:16-CV-21-FL
Business Entity or Governmental Agency; )
(Gov.) PAT MCCORY, an Individual; )
MECKLENBURG COUNTY DIVISION )
OF SOCIAL SERVICES, an Business )
Entity or Governmental Agency; PEGGY )
EAGAN (Dir.-DSS), and Individual; )
(Lt.) CHRIS TAYLOR, an Individual; )
MCDOWELL COUNTY SHERIFF )
OFFICE, an Business Entity or )
Governmental Agency; CEDERBROOK )
RESIDENTIAL CENTER, INC., an )
Business Entity form unknown; THE )
ESTATE OF HENRY R. BRATTON JR. )
(Deceased); MARIAN DIEBEL-BRATTON,)
an Individual; ARLENE BROKAW, an )
Individual; MCEWEN FUNERAL )
SERVICES-PINEVILLE CHAPEL CITY, )
an Business Entity form unknown; )
NORTH CAROLINA ADOPTION )
AGENCY, an Business Entity or )
Governmental Agency; and DOES )
1-100, inclusive, )
)
          Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered

August 31, 2016, and for the reasons set forth more specifically therein, that this action is dismissed upon frivolity review under 28 U.S.C. § 1915(e), for lack of subject matter jurisdiction. Where this court lacks subject matter jurisdiction over plaintiff's action, plaintiff's motions for extension of time, appointment of counsel, and other relief are denied. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 31, 2016, and Copies To:**

George Andrew Bratton at PO Box 232, Riverside, CA 92502 (via U.S. Mail)

August 31, 2016        JULIE RICHARDS JOHNSTON, CLERK
                       /s/ Susan W. Tripp
                       (By) Susan W. Tripp, Deputy Clerk